BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:11-cr-00339 AWI |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT, FINDINGS AND ORDER |
| v. | |
| JOSE CISNEROS-GARCIA, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on January 28, 2014, at 8:30 a.m. and trial confirmation on January 13, 2014, at 10 a.m. Currently, motions in limine are due on December 2, 2013, and responses due on December 16.

2. By this stipulation, the parties now move to continue the trial to April 1, 2014, at 8:30 a.m. and trial confirmation on March 17, 2014, at 10:00 a.m. and to exclude time between January 28, 2014, and April 1, 2014. It is further requested that the date for filing in limine motions be continued from December 2 to February 24 and the filing of any responses to in limine motions be continued from December 16 to March 10.

1

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the government and defendant have unanticipated conflicts and are not available for trial until April 1.

b. Counsel for the government and the defendants believe that failure to grant the above-requested continuance would deny them availability of counsel and reasonable time necessary for effective resolution/preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2014, to April 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of counsel for the government and defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and would ensure continuity of counsel.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 13, 2013.        Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Karen A. Escobar_____
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney
DATED: November 13, 2013.

/s/ John McCardle
JOHN McCARDLE
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   November 13, 2013

SENIOR  DISTRICT  JUDGE

3