BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JOSE CISNEROS-GARCIA,<br><br>              Defendant. | 1:11-cr-00339 AWI<br><br>AMENDED STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT, FINDINGS AND ORDER |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on April 1, 2014, at 8:30 a.m. and trial confirmation on March 17, 2014, at 10 a.m.  Currently, motions in limine are due today, February 24, 2014, and responses due on March 10.

2. By this stipulation, counsel for the defendant moves to continue:  (a) the trial from April 1, 2014, at 8:30 a.m. to September 16, 2014, at 8:30 a.m., (b) trial confirmation from March 17, 2014, at 10:00 a.m. to September 2, 2014, at 10 a.m.; (c) the filing of motions in limine from February 24, 2014, to August 4, 2014, (d) the filing of any responses to motions in limine from March 10, 2014, to August 18 2014, and (e) to exclude time between April 1, 2014, and September

1

16, 2014.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    Counsel for the defendant has a sensitive sexual assault case involving a teacher that is currently set for trial on April 21, 2014. This case requires more extensive consultation with experts than defense counsel originally anticipated. Given the trial schedules of counsel for both parties, the parties are currently available for trial in September.

    b.    Counsel for the government and the defendants believe that failure to grant the above-requested continuance would deny them continuity and availability of counsel and reasonable time necessary for effective resolution/preparation, taking into account the exercise of due diligence.

    c.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 1, 2014, to September 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of counsel for the government and defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and would ensure continuity of counsel.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

IT IS SO STIPULATED.

2

DATED: February 24, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 24, 2014.

/s/ John McCardle
JOHN McCARDLE
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   February 25, 2014

SENIOR DISTRICT JUDGE

3