BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00339 AWI |
| Plaintiff, | STIPULATION REGARDING ADVANCEMENT OF HEARING REGARDING MOTIONS IN LIMINE, ORDER |
| v. | |
| JOSE CISNEROS-GARCIA, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for trial on September 16, 2014, and trial confirmation on September 2.

2.       By this stipulation, counsel for the parties move to advance:  (a) the hearing on motions in limine from September 2, 2014, at 10 a.m., to August 4, 2014, at 10 a.m.; (c) the filing of motions in limine from August 4, 2014, to July 21, 2014; and (d) the filing of any responses to motions in limine from August 18 2014, to July 28, 2014.

////

////

1

IT IS SO STIPULATED.

DATED:July 15, 2014.            Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney


                               /s/ Karen A. Escobar_____
                               KAREN A. ESCOBAR
                               Assistant United States Attorney
DATED:July 15, 2014.


                               /s/ John McCardle _____
                               JOHN McCARDLE
                               Counsel for Defendant



                          **O R D E R**

IT IS SO ORDERED.

Dated:   July 17, 2014       _____
                               SENIOR  DISTRICT  JUDGE

2