AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

FILED
AUG 04 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE CISNEROS GARCIA<br>*Defendant* | Case No. 1:11-cr-00339 AWI |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-3-14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JOHN McCARDLE
*Printed name of defendant's attorney*

_____
*Judge's signature*

Anthony W. Ishii, United States District Judge
*Judge's printed name and title*