UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

RE:  **Jose Cisneros Garcia**
    **Docket Number: 0972 1:11CR00339-002**
    **PERMISSION TO TRAVEL**
    **OUTSIDE THE COUNTRY**

Your Honor:

Jose Cisneros Garcia is requesting permission to travel to Durango, Mexico. Jose Cisneros Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On December 15, 2014, Jose Cisneros Garcia was sentenced for violating 31 USC 5332 and 18 USC 2 - Bulk Cash Smuggling and Aiding and Abetting.

**Sentence Imposed:**   8 months custody of the Bureau of Prisons followed by a 24-month supervised release term. Special conditions include: Search; Drug/alcohol treatment and testing; Deportation; and Aftercare co-payment.

**Dates and Mode of Travel:**   December 18, 2015, to January 10, 2016. Offender will be driving to and from Mexico in his personal vehicle.

**Purpose:** Family visit

**RE:**   **Jose Cisneros Garcia**
        **Docket Number:  0972 1:11CR00339-002**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Jose A. Figueroa*

Jose A. Figueroa
United States Probation Officer

Dated:   December 8, 2015
         Modesto, California
         JAF/lr

                         */s/ Brenda Barron-Harrell*
**REVIEWED BY:**         **Brenda Barron-Harrell**
                         **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved       ☐   Disapproved

IT IS SO ORDERED.

Dated:   December 8, 2015                    _____
                                             SENIOR  DISTRICT  JUDGE