UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Garcia, Jose Cisneros**<br>        **Docket Number: 0972 1:11CR00339-002**<br>        <u>**PERMISSION TO TRAVEL**</u><br>        <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Jose Cisneros Garcia is requesting permission to travel to Durango, Mexico.  Jose Cisneros Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 15, 2014, Jose Cisneros Garcia was sentenced for the offense of 31 USC 5332 and 18 USC 2 – Bulk Cash Smuggling and Aiding and Abetting.

**Sentence Imposed:**  8 months custody of the Bureau of Prisons followed by a 24-month supervised release term; $100 Special Assessment.  Special conditions include:  Search; Drug/alcohol treatment and testing; Deportation; Aftercare co-payment.

**Dates and Mode of Travel:**  The offender's dates of travel will be July 1, 2016 through July 17, 2016.  He will drive a 2002 Chevrolet Silverado pick-up, with license plate number 6Y88943, from Modesto, California, to El Paso, Texas Port of Entry to Durango, Mexico.  The offender will register his vehicle at El Paso Texas Port of Entry and he has been cleared by the Bureau of Immigration and Customs.

**Purpose:**  Visit family.

**RE:** Jose Cisneros Garcia
Docket Number:  0972 1:11CR00339-002
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

*/s/ Jose A. Figueroa*

Jose A. Figueroa
United States Probation Officer

Dated:  June 16, 2016
Modesto, California
JAF/lr

*/s/ Brenda Barron-Harrell*

**REVIEWED BY:**   **Brenda Barron-Harrell**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 16, 2016

SENIOR  DISTRICT  JUDGE

2